# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130504 & (12) (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEY SAFETY SYSTEMS, INC.,
      Plaintiff-Appellant,

v

      SC: 130504
      COA: 268249
      Macomb CC: 06-000371-CK

DYNACAST, INC., and DYNACAST
CANADA, INC.,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

                          Clerk

s0320